No. 857, Misc. TWINING *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Thomas C. Wicker, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 895, Misc. WUCKICH *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 896, Misc. JOHNSON *v.* DOWD, WARDEN. Supreme Court of Indiana. Certiorari denied.

No. 911, Misc. JOHNSON *v.* MURPHY, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Barry Mahoney,* Deputy Assistant Attorney General, for respondent.

No. 1034, Misc. MASTRIAN *v.* HEDMAN, SHERIFF, ET AL. C. A. 8th Cir. Certiorari denied. *Douglas W. Thomson* and *John A. Cochrane* for petitioner.

No. 1040, Misc. CALDERA *v.* EYMAN, WARDEN, ET AL. Supreme Court of Arizona. Certiorari denied.

No. 1042, Misc. WILLIAMS *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1067, Misc. ROGERS *v.* RUSSELL, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.